**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 S. Paramus Road, Suite 250
Paramus, New Jersey 07652
(201) 928-1100
*Attorneys for Defendants, Officer Carmelo Jimenez,*
*Officer Jessica De Jesus, City of Perth Amboy, and*
*Perth Amboy Police Department*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIO ROSARIO,<br><br>*Plaintiff,*<br><br>vs.<br><br>OFFICER CARMELO JIMENEZ, OFFICER JESSICA DE JESUS, SPECIAL AGENT JEFFREY VARON, JOHN DOES 1-29, CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, ABC CORPS 1- 30, Jointly and Severally, Official and Individual Capacities.<br><br>*Defendants.* | HON. JOHN MICHAEL VAZQUEZ<br><br>*Civil Action No*: 2:19-CV-16700-JMV-JBC<br><br><br>**STIPULATION AND ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

   The matter in difference in the above-entitled action, having been amicably resolved, by and between all parties hereto, it is hereby stipulated and agreed that the plaintiff's Complaint, and all of plaintiff's claims are dismissed with prejudice and without costs and attorney's fees or expenses.

**LAW OFFICES OF**
**KEVIN T. FLOOD, ESQ., LLC**
*Attorneys for Plaintiff*
*Mario Rosario*

By: _____
          Kevin T. Flood

Date: _____, 2021

**DECOTIIS, FITZPATRICK, COLE &**
**GIBLIN, LLP**
*Attorneys for Defendants, Officer Carmelo*
*Jimenez, Officer Jessica De Jesus, City of*
*Perth Amboy, and Perth Amboy Police*
*Department*

By: _____
          Thomas A. Abbate

Date: _____, 2021

**UNITED STATES ATTORNEYS' OFFICE**
*Attorneys for Defendant*
*Special Agent Jeffrey Varon*

By: _____
          Jane Dattilo, Assistant United States Attorney

Date: _____, 2021

So ordered:

_____
Hon. John Michael Vasquez, U.S.D.J.

2

3012763v1